**Order entered August 2, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-21-00261-CV

## IN THE INTEREST OF A.B. AND E.B., CHILDREN

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-53861-2020**

## ORDER

In response to our July 20, 2021 order directing him to file written verification he has paid or made arrangements to pay for the reporter's record, appellant has filed a statement of inability to pay costs. The Collin County District Clerk's online docket reflects appellant also filed a statement of inability to pay with the trial court clerk. Accordingly, pursuant to Texas Rule of Civil Procedure 145, we **ORDER** Janet Dugger, Official Court Reporter for the 296th Judicial District Court, to file the record without payment of costs no later than September 1, 2021. *See* TEX. R. CIV. P. 145.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms.

Dugger and the parties.

/s/    KEN MOLBERG
        JUSTICE